Eastern District of Kentucky
FILED

NOV 05 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

&EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
_____ **DIVISION at** _____

CIVIL ACTION NO. _6:24-cv-162-CHB_ (Court Clerk will supply)

_Willie Lewis_
PLAINTIFF

VS:

_State Police_
_Post 13 KSP_

(do not use "et al.",

enter full names)

_____

_____

DEFENDANTS

Demand for Jury Trial:
Yes ( X ) No ( )

**I.    Plaintiff:**

A. Name (list any aliases): _Willie Lewis_

B. Prisoner ID #: _253248_ Check one: Convicted _____ Pretrial Detainee _✓_

C. Place of present confinement: _Kentucky River Regional Jail_

D. Address: _200 Justice Drive Hazard Ky 41201_

**II.    Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: _State Police KY_
   Title or Position: _Detectives_
   Place of Employment: _Post 13 KSP_

B. Defendant's Name: _Scott Blair_
   Title or Position: _Prosecuting Attorney_
   Place of Employment: _Perry County Circuit Court_

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Defendant's Name: _____

Title or Position: _____

Place of Employment: _____

D. Defendant's Name: _____

Title or Position: _____

Place of Employment: _____

E. Defendant's Name: _____

Title or Position: _____

Place of Employment: _____

## III.    Statement of Claim:

Below you should state the **FACTS** of your case.  You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A.  What happened? Explain specifically what each Defendant did or failed to do.

Lied on me on the stand in court twice.
They used a picture that I had taken of
six hundred dollars and put on
facebook two weeks before the crime
happened where I had bought my truck
back and used it as evidence to indict
me on. Saying it was money I had stolen
in the crime. They said that I didn't turn
myself in when I have prove I did. My
Lawyer has prove of both.
The autopsy said that it was a self inflicted
and I was charged with Capital Murder
seeking the Death Penalty.

Page 2 of 8

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

My lawyer said that Scott Blair was under the influence which is the Prosecuting Attorney that indicted me on the charges. He was later arrested and charged with wire fraud, excepting sexual favors and money in return for dropped charges and reduced sentences.

B. When did these events happen?

It happened on or about August 28 of 2023. I was arrested on August 31 of 2023 after I turned myself in.

Page 3 of 8

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Where did these events happen?

They happened in Willard in Busy
Kentucky.

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

Prosecuter Misconduct, Sexual Harrasment
Post 13 Pergured theirselves against me
Falsified Evidence, Misuse of Autoracty

## IV.    Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations? YES (      ) NO ( X )

2. If so, did you (check **ALL** that apply):

| | |
|---|---|
| _____ file a request or appeal to the Warden | _____ date |
| _____ appeal to the Regional Director | _____ date |
| _____ appeal to the Office of General Counsel | _____ date |

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

4.  What was the result? _____

_____

_____

5.  If you did not file a grievance, why not? *I did not because this has nothing to do with the Jail.*

_____

_____

B.  **State Prisoners** answer the following:

1.  Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?     YES ( __ ) NO ( X )

2.  If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

    _____ file a grievance and seek an informal resolution       _____ date
    _____ request a hearing from the Grievance Committee         _____ date
    _____ appeal to the Warden                                   _____ date
    _____ appeal to the Commissioner                             _____ date

    Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
            YES ( __ )  NO ( X )

                                                    _____ date

3.  **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4.  What was the result? _____

_____

_____

5.  If you did not file a grievance, why not?

_____

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C.  **County or City Prisoners** answer the following:

1.  Is there a grievance/appeal policy at your jail?  YES (___)  NO (X)

2.  **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available.  If not, briefly describe the grievance/appeal policy below.

_____

_____

3.  Did you file a grievance regarding these facts?  YES (___)  NO (X)

4.  If you filed a grievance:

a.  What steps did you take to use the grievance process? _____

_____

_____

_____

_____

b.  What was the result? _____

_____

c.  If unsuccessful, did you file an appeal?   YES (___)  NO (___)

d.  What was the result? _____

_____

_____

e.  Did you take any further steps in the grievance process?

YES (___)  NO (___)      NO MORE AVAILABLE (___)

f.  What was the result? _____

_____

_____

5.  If you did not file a grievance, why not?: _____

_____

_____

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## V.  OTHER LAWSUITS

A.  Have you filed any other lawsuit **dealing with the same facts** raised in this action?   YES ( ___ )  NO ( X )

B.  If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

   1. PARTIES:

   Plaintiff: _____

   Defendant(s): _____

   _____

   _____

   2. COURT: (name the district for a federal court, or the county for a state court)

   _____

   3. CASE NO.: _____ DATE FILED: _____

   4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

   _____

   _____

   5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.  List any other lawsuits that you have filed in any state or federal court:

   1.  Plaintiff _____ vs.  Defendant(s) _____
       Court Name: _____    Case No.: _____
       Nature of Claim: _____    Date Filed: _____
       Outcome: _____    Date: _____

   2.  Plaintiff _____ vs.  Defendant(s) _____
       Court Name: _____    Case No.: _____
       Nature of Claim: _____    Date Filed: _____
       Outcome: _____    Date: _____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3.  Plaintiff _____ vs. Defendant(s) _____

    Court Name: _____    Case No.: _____

    Nature of Claim: _____    Date Filed: _____

    Outcome: _____    Date: _____

## VI.    Relief:

State exactly what you want the Court to do for you.  You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

*I want to have my name cleared and any and all restitution I am intitled to.*

## VII.    Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_Willie Lewis_            _253248_            _9-9-24_
Signature of Plaintiff            Prison ID#            Date

Plaintiff's Address:    _200 Justice Drive_
_Hazard KY 41201_

Page 8 of 8